## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Markus Ray Sneed,                                    * From the 104th District
                                                       Court of Taylor County,
                                                       Trial Court No. 17745B.


Vs. No. 11-11-00251-CR                               * April 18, 2013


The State of Texas,                                  * Opinion by McCall, J.
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.